John P. Campbell (JC-8746)
SCHENCK, PRICE, SMITH & KING, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932-0991
*Attorneys for Defendant*
*Hat Club, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>     Plaintiff(s),<br><br>v.<br><br>HAT CLUB, LLC<br><br>     Defendant. | **Civil Action No.**<br>**1:23-cv-1480-RPK-JRC**<br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the attorneys of record for the undersigned parties, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that Plaintiff's Complaint against Hat Club, LLC is hereby dismissed with prejudice and without costs or disbursements.

/s/Mark Rozenbert_____    /s/John P. Campbell_____
Mark Rozenberg, Esq.         John P. Campbell, Esq.
One University Plaza, Suite 620     Schenck, Price, Smith & King, LLP
Hackensack, NJ 07601        220 Park Avenue
*Attorneys for Plaintiff*        Florham Park, New Jersey 07932
                *Attorneys for Defendant*